**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-1156**

―――――――――

GERARD J. FALONI,

Plaintiff - Appellant,

versus

LOUIS J. FREEH, Director, National Federal
Bureau of Investigation; JIM EDGAR, Governor
of Illinois; TOM CARPER, Mayor of Macomb,
Illinois; WILLIAM JEFFERSON CLINTON, President
of the United States,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-99-
94-L)

―――――――――

Submitted: May 25, 1999          Decided: June 1, 1999

―――――――――

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Gerard J. Faloni, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerard J. Faloni appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Faloni v. Freeh, No. CA-99-94-L (D. Md. Jan. 21, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order was signed on January 19, 1999, and was stamp dated on January 20, 1999, the district court's records show that it was entered on the docket sheet on January 21, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2